IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **SHENZHEN KE XIU TECHNOLOGY CO. LTD,**<br>　　　　**Plaintiff,**<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>　　　　**Defendants.** | Civil Action No. 1:24-cv-01465-CMH |

## STATUS REPORT

Plaintiff Shenzhen Ke Xiu Technology Co., Ltd. ("Shenzhen"), by counsel, submits this Status Report to the Court. There are currently 25 Schedule A defendants remaining in the case. Defendants 1-16 and 18-26 have been served the complaint and summonses were filed with the Court [ECF 31 and ECF 32].

|  | No. of Defendants |
|---|---|
| Resolved and Dismissed | 1 |
| Active Settlement Discussions Ongoing | <u>25</u> |
|  |  |
| Total | 26 |

Date: September 27, 2024                                  Respectfully submitted,

                                                             /s/   Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the September 27, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.

                                                                                                  /s/   Kendal M. Sheets  
                                                                                                  By:  Kendal M. Sheets  
                                                                                                  Virginia bar number 44537